Mr. Freddie Lee Walker #00457485
Para-Legal No. 13047501
1697 FM 980    Ellis Unit
Huntsville, Texas    77343-0001
May 18, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
MAY 22 2015
CHRISTOPHER A. PRINE
CLERK

Velva L. Price
Travis County District Clerk
Civ. Div., 302 Courthouse
1000 Guadalupe Street
Austin, Texas    78767-9003

RE: Cause No. D-1-GN-14-001926   COA No. 01-15-00361-CV   Freddie Lee
Walker, Plaintiff-Appellant v. Rissie Owens, et al., Defendants-
Appellees / Second Request For Clerk's Record

Dear Clerk:

Once Again, Enclosed herein to be filed among the papers of the above-styled and referenced Cause, please find the Original of my "Second Motion In Request For A True And Complete Copy of The Clerk's Record Pursuant To Rule 34.5 Tex. R. Civ. Proc.". Please file this matter and provide the entire Clerk's Record in the above Cause of Action. By Copy of this letter, I am also mailing a copy of same to the Clerk of the First Court of Appeals. I thank you in advance for your anticipated cooperation in this matter.

Sincerely,

Freddie Lee Walker

Freddie Lee Walker # 00457485
Plaintiff-Appellant

FLW/vlp-clerk
c: cop-clerk 1st CoA
cc: retained by addressee
date: 5-18-2015

Page 1 of 1

Tr. Ct. No. D-1-GN-14-001926

CoA No. 01-15-00361-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 22 2015

CHRISTOPHER A. PRINE
CLERK

Freddie Lee Walker, TDC# 00457485
          Plaintiff-Appellant

Versus

Rissie Owens, Presiding Officer, Texas
Board of Pardons And Paroles, et al.,
          Defendants-Appellees

\* In The District Court

\*

\* 126th Judicial District

\*

\* Travis County, Texas

\*

\*

---

Second Motion In Request For A True And Complete Copy of the Clerk's Record Pursuant To Rule 34.5 Tex. R. Civ. Proc.

To: Velva L. Price
Travis County District Clerk
Civ. Div., 302 Courthouse
1000 Guadalupe Street
Austin, Texas 78767-9003

Comes Now Freddie Lee Walker, Plaintiff-Appellant in the above-styled and referenced Cause, by and through himself, In Propria Persona, and presents this "Second Motion In Request For A True And Complete Copy of The Clerk's Record Pursuant To Rule 34.5 Tex. R. Civ. Proc.", and in support of such, Plaintiff-Appellant presents the following:

1) On June 19, 2014, Plaintiff filed Original Due Process of Law Complaint Pursuant To United States Constitution Amendment Fourteen; Texas Constitution Article 1, Section 19;

2) Request For Service of Process;

3) Application To Proceed In Forma Pauperis - Inability To Pay Costs;

4) Plaintiff's Freddie Lee Walker', TDC# 457485 Motion For A Protective Order; and

1

5) Plaintiff's Appendices.

On July 7, 2014, Plaintiff presented Plaintiff's First Request for Admissions with Exhibits "A" and "B".

On July 14, 2014, Defendant filed Original Answer And Jury Demand.

On June 20, 2014 Defendant was Served with Process and Original Complaint. Return was made by Carlos B. Lopez and Filed With the Court on June 20, 2014.

On July 24, 2014 Defendant Filed Defendant Motion To Dismiss Plaintiff's Baseless Cause of Action, And Defendant's Motion to Abate Response to Discovery.

On August 18, 2014, Plaintiff's Response To Defendant's motion To Dismiss Plaintiff's Baseless Cause of Action Pursuant To Rule 91a.2 Tex. R. Civ. Proc. was presented and filed.

On September 2, 2014 at 9:00 a.m. the Court Denied Plaintiff's Motion For A Protective Order, and held Defendant's Motion to Dismiss in Abeyance Pending 14 days prior notice pursuant to Rule 91a.6 Tex. R. Civ. Proc.

On December 15, 2014, Plaintiff presented Petition For Writ of Mandamus Pursuant To Article 5, Section 3 of the Texas Constitution, And Plaintiff's Appendices which was file-stamped on January 8, 2015.

On January 26, 2015, Defendant filed Defendant's Designation of New Attorney-in-charge and Notice of Hearing on Defendant's Motion To Dismiss for March 4, 2015 at 9:00 a.m.

On February 5, 2015, Warren Vavra, Travis County Court Administrator advised Plaintiff of a Hearing On Wednesday, March 11, 2015 at 9:00 a.m. on Plaintiff's Petition For Writ of Mandamus.

2

On March 4, 2015 the Trial Court, Judge Tim Sucak signed Order Granting Defendant's Motion to Dismiss Baseless Cause of Action Pursuant to Texas Rules of Civil Procedure 91a.

On March 16, 2015 Plaintiff presented Written Notice of Appeal Pursuant To Rule 25.1 Tex. R. App. Proc., and Application To Proceed In Forma Pouperis - Inability To Pay Cost To Proceed On Appeal.

On March 19, 2015 Plaintiff presented Plaintiff's Pro se Motion For A New Trial; and Plaintiff's Motion In Request For Written Findings of Facts and Conclusions of Law Pursuant To Rule 296 Tex. R. Civi Proc.

On March 23, 2015 Plaintiff presented Motion In Request For A True And Correct Copy Of The Reporter's Record Of The Hearing On September 2, 2015 On Plaintiff's Motion For A Protective Order; And The Hearing On March 4, 2015 on Defendant's Motion To Dismiss Plaintiff's Baseless Cause of Action.

Pursuant to Rule 34.5 (10) of the Tex. R. Civi Proc., Plaintiff-Appellant for the second time request that the Travis County District Clerk, Velva L. Price will prepare the Clerk's Record of the items listed herein above for the designation of Appeal from the Denial of Plaintiff's Motion For A Protective Order On September 2, 2014; and the Grant of Defendant's Motion To Dismiss Plaintiff's Baseless Cause of Action Pursuant to Rule 91a Tex. R. Civi Proc. On March 4, 2015.

Plaintiff-Appellant hereby request a True and Complete Copy of the Clerk's Record in Cause No. D-1-GN-14-001926 for the Appeal of this Cause to the First Court of Appeals at Houston, Texas in Cause No. 01-15-00361-CV.

Respectfully Submitted,

By: _Freddie Lee Walker_

3

Freddie Lee Walker # 00457485
Para-Legal No. 13047501
1697 FM 980    Ellis Unit
Huntsville, Texas    77343-0001

## Certificate of Service

This is to certify that a True and Correct Original of the above and foregoing instrument "Motion In Request For A True And Complete Copy of the Clerk's Record Pursuant To Rule 34.5 Tex. R. Civ. Proc.", has been forwarded to the following persons by U.S. Mail, Postage Pre-paid on this 18th day of May, 2015, Addressed To:

1) Velva L. Price
   Travis County District Clerk
   Civ. Div., 302 Courthouse
   1000 Guadalupe Street
   Austin, Texas  78767-9003

2) Christopher A. Prine
   Clerk, First Court of Appeals
   301 Fannin Street
   Houston, Texas  77002-2066

By: Freddie Lee Walker
    Freddie Lee Walker # 00457485
    In Propria Persona

4

Mr. Freddie Lee Walker #00457485
Para-Legal No. 13047501
1697 FM 980        Ellis Unit
Huntsville, Texas  77343-0001
May 18, 2015

COPY

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 22 2015

CHRISTOPHER A. PRINE

CLERK _____

Ms. Rhonda Watson
Official Court Reporter
353rd District Court
Post Office Box 1748
Austin, Texas  78767-1748

RE: Cause No. D-1-GN-14-001926   CoA No. 01-15-00361-CV  Freddie Lee
    Walker, Plaintiff-Appellant V. Rissie Owens, et al, Defendants-
    Appellees / Second Request for Reporter's Record

Dear Court Reporter:

Once Again, Enclosed herein is my Second Request To Be Provided with a True and Correct Copy of the Reporter's Record of the proceeding of September 2, 2014 and March 4, 2015.   The Reporter's Record was filed with the Third Court of Appeals, but you totally failed to provide Plaintiff with a copy of the Reporter's Record, and on April 21, 2015 the case was transferred to the First Court of Appeals - 01-15-00361-CV, and no reporter's record has been provided.   Please provide and serve upon Plaintiff-Appellant a True and Correct Copy of the Reporter's Record for the Appeal in CoA No. 01-15-00361-CV.   By copy of this Letter, I am also mailing a copy of some to Velva L. Price, the Official Court Reporter of the 53rd District Court, and to Christopher A. Prine.   I thank you in advance for your anticipated cooperation in this matter.

Sincerely,
Freddie Lee Walker
Freddie Lee Walker #00457485
Plaintiff-Appellant

FLW /rw-ocr c: official court reporter 53rd district court / cap-coa
cc: retained by addressee / date: 5/18/2015

Tr. Ct. No. D-1-GN-14-001926

COA No. 01-15-00361-CV

Freddie Lee Walker, TDC#00457485
Plaintiff-Appellant

\* In The District Court

CLERK _____

\*

\* 126th Judicial District

\*

Versus

Rissie Owens, Presiding Officer, Texas
Board of Pardons And Paroles, et al.,
Defendants-Appellees

\* Travis County, Texas

\*

\*

Plaintiff-Appellant's Second Motion In Request For A True And Correct
Copy Of The Reporter's Record Of The September 2, 2014 Hearing On
Plaintiff's Motion For A Protective Order; And On March 4, 2015 On De-
fendant's Motion To Dismiss Plaintiff's Useless Cause of Action Pur-
suant To Rule 91a Tex. R. Civ. Proc. (See T. R. App. Proc., Rule 34.6 (
a(d)

To: Ms. Rhonda Watson
Official Court Reporter
353rd District Court
Post Office Box 1748
Austin, Texas 78767-1748

Comes Now Freddie Lee Walk Plaintiff Appellant in the abov
and referred Cause, by and thim, In Propria Persona
presents this "Plaintiff-Ap Sed Motion In Reques
True And Correct Copy Of The cord Pursuant To Tex
Proc., Rule 34.6 (b)a(c) 1" ppt of such, Plaintiff-
requests the following:

Tex. R. App. orter's Record

34.6 (b) Request F before the time for
st to Court

Tr. Ct. No. D-1-GN-14-001926

COA No. 01-15-00361-CV

COPY

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 22 2015

CHRISTOPHER A. PRINE
CLERK _____

Freddie Lee Walker, TDC#00457485          *          In The District Court

       Plaintiff-Appellant          *

Versus          *          126th Judicial District

Rissie Owens, Presiding Officer, Texas          *

Board of Pardons And Paroles, et al.,          *          Travis County, Texas

       Defendants-Appellees          *

---

Plaintiff-Appellant's Second Motion In Request For A True And Correct Copy Of The Reporter's Record Of The September 2, 2014 Hearing On Plaintiff's Motion For A Protective Order; And On March 4, 2015 On Defendant's Motion To Dismiss Plaintiff's Baseless Cause of Action Pursuant To Rule 91a Tex. R. Civ. Proc. (See Tex. R. App. Proc., Rule 34.6 (b) 2(c) 1)

To: Ms. Rhonda Watson
Official Court Reporter
353rd District Court
Post Office Box 1748
Austin, Texas 78767-1748

Comes Now Freddie Lee Walker, Plaintiff-Appellant in the above-styled and referred Cause, by and through himself, In Propria Persona, and presents this "Plaintiff-Appellant's Second Motion In Request For A True And Correct Copy Of The Reporter's Record Pursuant To Tex. R. App. Proc., Rule 34.6 (b)2(c)1", and in support of such, Plaintiff-Appellant requests the following:

<u>Tex. R. App. Proc. 34.6 Reporter's Record</u>

34.6 (b) Request For Preparation.

1) Request to Court Reporter.   At or before the time for perfecting the

1

appeal, the appellant must request in writing that the official reporter prepare the reporter's record. The request must designate the exhibits to be included.

A request to the court reporter - but not the court recorder - must also designate the portions of the proceedings to be included.

2) Filing. The appellant must file a copy of the request with the trial court clerk.

c) Partial Reporter's Record.

1) Effect on Appellate Points or Issues. If the appellant requests a partial reporter's record, the appellant must include in the request a statement of the points and issues to be presented on appeal and will then be limited to those points and issues.

## Plaintiff-Appellant's Request

Plaintiff-Appellant, Freddie Lee Walker request the official court Reporter, Ms. Rhonda Watson of the 353rd District Court and the official Court Reporter of the 53rd District Court of Travis County, Texas will make and prepare plus serve upon Plaintiff-Appellant a True and Correct Copy of the proceedings held on September 2, 2014 at 9:00 a.m. in the 53rd District Court on Plaintiff's Motion For A Protective Order and on March 4, 2015 at 9:00 a.m. in the 353rd District Court on Defendant's Motion To Dismiss Plaintiff's Baseless Cause of Action Pursuant To Rule 91a Tex. R. Civ. Proc. Plaintiff-Appellant intends to raise the points and issues contained in the Reporter's Record in the First Court of Appeals.

Respectfully Submitted,

By: _Freddie Lee Walker_

2

Freddie Lee Walker # 00457485
Para-Legal No. 13047501
1697 FM 980    Ellis Unit
Huntsville, Texas    77343-0001

## Certificate of Service

This is to certify that a True and Correct Original of the above and foregoing instrument "Plaintiff-Appellant's Second Motion In Request For A True And Correct Copy of The Reporter's Record of The September 2, 2014 Hearing; And On March 4, 2015 (See Tex. R. App. Proc., Rule 34.6 (b)2(c)1", has been forwarded to the following persons by U.S. Mail, Postage Pre-paid On this 18th day of May, 2015, Addressed To:

1)  Velva L. Price
    Travis County District Clerk
    Civil Div., 302 Courthouse
    1000 Guadalupe Street
    Austin, Texas    78767-9003

2)  Official Court Reporter
    53rd District Court
    Travis County Courthouse
    Post Office Box 1748
    Austin, Texas    78767-1748

3)  Christopher A. Prine
    Clerk, First Court of Appeals
    301 Fannin Street
    Houston, Texas    77002-2066

By: _Freddie Lee Walker_
    Freddie Lee Walker # 00457485
    In Propria Persona

3

Mr. Freddie Lee Walker #00457485
1697 FM 980        Ellis Unit
Huntsville, Texas    77343-0001

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 22 2015

CHRISTOPHER A. PRINE
CLERK

LEGAL MAIL
B/gv

Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin Street
Houston, Texas        77002-2066

FOREVER

770022066599